UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
DONALD BOHN,                      *
     Plaintiff                    *
                                  *
v.                                *    3:10-cv-30078-NMG
                                  *
VERMONT MUTUAL INSURANCE          *
COMPANY,                          *
     Defendant                    *
*************************************
```

## DEFENDANT'S DESIGNATION OF EXCERPTS OF PLAINTIFF'S DEPOSITION

Defendant Vermont Mutual Insurance Company ("Vermont Mutual") hereby the following excerpts from the deposition of Donald Bohn, who has not been identified as a witness on plaintiff's list of trial witnesses:

Page 5, Lines 16-23

Page 6, Lines 2-24

Page 7, Lines 1-24

Page 8, Lines 1, 4-24

Page 9, Lines 1-24

Page 10, Lines 15-18, 21-24

Page 11, Lines 1-24

Page 12, Lines 1-11

Page 13, Lines 12-24

Page 14, Lines 1-19

Page 15, Lines 4-7

1

Page 18, Lines 4-24

Page 19, Lines 1-13, 22-24

Page 20, Lines 1-24

Page 21, Lines 1-24

Page 22, Lines 1-24

Page 23, Lines 4-24

Page 24, Lines 1-15, 17

Page 25, Lines 17-23

Page 26, Line 5

Page 30, Lines 2-6, 14-24

Page 31, Lines 1-8, 15-24,

Page 32, Lines 1-19

Page 36, Lines 1-21

Page 37, Lines 10-14

Page 38, Lines 9-24

Page 39, Lines 1-24

Page 40, Lines 1-24

Page 41, Lines 1-4

Page 44, Lines 20-24

Page 45, Lines 1-19

Page 48, Lines 18-23

Page 58, Lines 21-24

Page 59, Lines 1-13

Page 60, Lines 9-24

Page 61, Line 1

Page 67, Lines 1-16

Page 68, Lines 4-8

                    By its attorneys,

                    */s/ Peter S. Kober*
Peter C. Kober, BBO #276260
Murphy & Riley, P.C.
101 Summer Street
Boston, MA 02110
617-423-3700
PKober@MurphyRiley.com

3